**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
Rachel A. Bouman, SBN 214960
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendant:** Defendants, REGENTS OF THE UNIVERSITY OF CALIFORNIA and ROBERT MURTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS E. SOLANO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and ROBERT MURTA,<br><br>　　　　Defendants.<br>_____/ | Case No. 04-CV-357 FCD/PAN<br><br>**ORDER REGARDING DEFENDANT'S EX PARTE APPLICATION TO EXCEED PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: July 8, 2005<br>DEPT: Courtroom 10, 13th Floor |

　　　　This *Ex Parte* application for an order permitting Defendant to exceed the 20 page limit was filed with this Court on May 13, 2005 before the Honorable Frank C. Damrell Jr. After considering this matter, the Court finds that good cause exists to permit Defendant to exceed the page limit for its Motion for Summary Judgment. Therefore, this Court hereby ORDERS that Defendant's Ex Parte Application to exceed the 20 page limit is GRANTED. Defendants may submit a Memorandum of Points and Authorities in support of their Motion for Summary Judgment not to exceed 35 pages. Accordingly, the opposition may not exceed 35 pages, and the reply may not exceed 20 pages.

Dated: May 16, 2005　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　The Honorable Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　Judge of the United States District Court
　　　　　　　　　　　　　　　　For the Eastern District of California

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00364166.WPD

**[PROPOSED] ORDER REGARDING DEFENDANT'S EX PARTE APPLICATION TO EXCEED PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT**