**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
Rachel A. Bouman, SBN 214960
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant:   Defendants, REGENTS OF THE UNIVERSITY OF CALIFORNIA and ROBERT MURTA

**MAYO & ROGERS**
Richard M. Rogers, SBN 045843
114 Sansome Street, #1310
San Francisco, CA 94104
Telephone:    415/397-1515
Facsimile:    415/397-1540
Email:        RogersRMR@aol.com

**Attorneys for Plaintiff:** DAMARIS E. SOLANO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS E. SOLANO, | Case No. 04-CV-357 FCD/PAN |
| Plaintiff, | **ORDER ON EX PARTE APPLICATION FOR ORDER TO CONTINUE TRIAL DATE** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and ROBERT MURTA, | |
| Defendants. | |

The Court hereby grants the parties' request to continue the trial date in the above-referenced case until after the Motion for Summary Judgment is ruled upon. The trial date is rescheduled for February 7, 2006 at 9:00 a.m. The parties shall file their Joint Final Pre-Trial Statement on November 23, 2005. The Final Pre-Trial Conferences is set for December 2, 2005 at 1:30 p.m.

**IT IS SO ORDERED.**

Dared: August 8, 2005                    /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL JR.
                                          United States District Judge