UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAMARIS E. SOLANO,

    Plaintiff,

    v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.
_____/

NO. CIV. S-04-0357 FCD/PAN

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the plaintiff in the above action the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before January 9, 2006.  All dates set in this matter, including any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    IT IS SO ORDERED.

Dated: November 18, 2005

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL, JR.
                                        United States District Judge