1 RICHARD M. ROGERS, #045843
  MAYO & ROGERS
2 114 Sansome Street, #1310
  San Francisco, CA 94104
3 Telephone:   415/397-1515
  Facsimile:   415/397-1540
4 Email:        RogersRMR@aol.com

5 Attorneys for Plaintiff
  DAMARIS E. SOLANO
6

7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS E. SOLANO, ) | **CASE NO .CIV S-04-357 FCD PAN (JFM)** |
| Plaintiff, ) | Case filed:         10/06/03 |
|  ) | Removed to USDC-ED: 02/05/04 |
| v. ) | Trial date:         08/15/06 |
|  ) | |
| REGENTS OF THE UNIVERSITY OF ) | **STIPULATION AND ORDER RE** |
| CALIFORNIA AND ROBERT MURTA, ) | **SETTLEMENT CONFERENCE** |
|  ) | |
| Defendants. ) | |

{00425199.DOC}
SOLANO\
SOLANO-REGENTS  STLMTCONF.DOC
Case No. CIV S-04-357 FCD PAN (JFM)  – Stipulation and Order re Settlement Conference

1  The parties stipulate to a request for scheduling a settlement conference before Magistrate
2  Judge Moulds prior to the Pretrial Conference.

Respectfully submitted,

3  Dated:_____

MAYO & ROGERS

4

5

6  By:_____

RICHARD M. ROGERS
Attorneys for Plaintiff

7  Dated:_____

PORTER, SCOTT, WEIBERG & DELEHANT

8

9

10  By:_____

MICHAEL W. POTT
Attorneys for Defendants

11

12

13  The parties request for a settlement conference is GRANTED. However, Magistrate
14  Judge Moulds is unavailable for a settlement conference.  Therefore, the matter is
15  referred to Magistrate Judge Kimberly J. Mueller for a settlement conference on
16  Thursday, June 1, 2006 at 1:30 p.m. Confidential settlement conference statements
17  shall be submitted to the chambers of Judge Mueller 7 days prior to the conference.
18  The parties shall refer to Local Rule 16-271.

19

20  **IT IS SO ORDERED**

21  Dated: April 19, 2006         By: /s/ Frank C. Damrell Jr.
22                                JUDGE OF THE U.S. DISTRICT COURT