UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAMARIS E. SOLANO,

        Plaintiff(s),

  v.

REGENTS OF THE UNIVERSTIY OF CALIFORNIA and ROBERT MURTA,

        Defendant(s).

_____/

NO. CIV. S-04-0357 FCD/JFM

**ORDER RE: SETTLEMENT AND DISPOSITION**

     Pursuant to the representations of the parties in the above action the court has determined that this case has settled.

     In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 2, 2006.  All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

     **<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.</u>**

     **IT IS SO ORDERED**.

Dated: August 21, 2006

                               /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, JR.
                               United States District Judge