1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   EASTERN DISTRICT OF CALIFORNIA
12
                              ----oo0oo----
13
DAMARIS E. SOLANO,
14                                         NO. CIV. S-04-0357 FCD/EFB
          Plaintiff,
15                                         ORDER TO SHOW CAUSE
     v.
16
MICHAEL J. ALLRED, et al.,
17
          Defendants.
18 _____/
19                            ----oo0oo----
20
     On August 18, 2007, counsel for plaintiff, Mr. Richard M.
21
Rogers and counsel for defendant Regents of the University of
22
California, Michael W. Pott, notified this court that the above
23
matter had settled.  On August 21, 2006, the court issued an
24
Order for Dispositional Documents which required the parties to
25
file said documents no later than October 2, 2006.  On
26
October 5, 2006, an email was sent to all appearing counsel, from
27
the Courtroom Deputy Clerk, inquiring as to the status of the
28
dispositional documents.  On October 5, 2006, plaintiff's

counsel, plaintiff's counsel, notified the court in a reply email that the parties were awaiting the Trustees' approval of the signed settlement agreement. Additionally, plaintiff's counsel informed the court that defense counsel could inform the court of that expected date. As of today's date no response has been received from any of the named defense counsel regarding the trustees' approval, nor have dispositional documents been filed.

The Court considers defense counsel's failure to comply with its August 21, 2006 order and the non-response to the court's email inquiry of October 5, 2006, very serious violations.

The court, therefore, makes the following order:

1.  Defense counsel are ordered to show cause why they should not be sanctioned in the amount of $150.00 each for failing to comply with the court's August 21, 2006 order and the court's email of October 5, 2006.

2.  Counsel shall file their response to the Order to Show Cause on or before May 18, 2007.

3.  A hearing on the order to show cause is set for May 25, 2007 at 10:00 A.M.

IT IS SO ORDERED.

DATED: April 9, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE