**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Michael W. Pott, SBN 186156
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS E. SOLANO, | Case No. 04-CV-357 FCD EFB |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and ROBERT MURTA, | Complaint Filed: 10/06/03 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all claims and all parties pursuant to FRCP 41(a)(1) and (2).

Dated: _____            MAYO & ROGERS


                                          By: _____
                                               Richard M. Rogers
                                               Attorney for Plaintiff

1

**Stipulation of Dismissal and Order**
{00494996.DOC}

Dated: _____  PORTER, SCOTT, WEIBERG AND DELEHANT
A Professional Corporation


By: _____
        Michael W. Pott
        Attorney for Defendant


    Pursuant to this stipulation this action is dismissed with prejudice as to all claims.  In light of this dismissal, the hearing on the Order to Show Cause issued on April 9, 2007 is VACATED and the Order DISCHARGED.

    **IT IS SO ORDERED.**

DATED: April 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Stipulation of Dismissal and Order**

{00494996.DOC}